# Court of Appeals
# of the State of Georgia

ATLANTA,____August 12, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1772.    DAVIS KEVIN BASSIL, ET AL v. TRIPLE CROWN HOMEOWNERS ASSOCIATION, INC.**

Appellee filed a Motion To Dismiss this appeal due to Appellants' failure to timely file their brief and enumeration of errors.

This Court's record shows that this appeal was docketed on May 14, 2015, making Appellants' brief and enumeration of errors due on June 3, 2015. On June 30, 2015, this Court ordered Appellants to file their brief and enumeration of errors on or before July 7, 2015 or face dismissal of their appeal.

As of the date of this Order, Appellants have not filed their brief and enumeration of errors, nor have they asked for an extension. Consequently, we conclude that Appellant has abandoned this appeal. Therefore, the Appellee's Motion to Dismiss is GRANTED and this appeal is DISMISSED pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/12/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*